**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CHARLES THOMPSON** | **DOCKET NO. 6:25-cv-00649** |
| | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FCI OAKDALE** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED** as it presents no case or controversy and thus, this Court lacks jurisdiction

**THUS DONE AND SIGNED** in chambers this 23rd day of December, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE